OPINION — AG — **** MUNICIPALITY — PENAL ORDINANCES — ENFORCEMENT **** A MUNICIPALITY, THROUGH ITS COMMISSIONED POLICE OFFICERS, MAY ENFORCE ITS PENAL ORDINANCES, SUCH AS TRESPASS AND ASSAULT, AGAINST VIOLATERS WHEN THE ALLEGED VIOLATION OCCURS ON STATE PROPERTY WITHIN THE CORPORATE LIMITS OF THE MUNICIPALITY. CITE: 74 O.S. 1971 360.11 [74-360.11], 74 O.S. 1971 360.12 [74-360.12], 74 O.S. 1971 360.13 [74-360.13], 74 O.S. 1969 Supp., 360.11 [74-360.11], OPINION NO. 70-198, OPINION NO. 71-351 (JANET L. COX)